Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEYERHAEUSER COMPANY, a
Washington corporation,

                    Plaintiff,

    v.

NOVAE SYNDICATE 2007; APOLLO
LIABILITY CONSORTIUM 9984; ANV
CASUALTY CONSORTIUM 9148; SCOR
UK COMPANY LTD; STARSTONE
SYNDICATE 1301; XL CATLIN
SYNDICATE 2003; ALLIANZ
UNDERWRITERS INSURANCE
COMPANY; HISCOX SYNDICATE 33;
STAR UNDERWRITING AGENTS LTD.;
LLOYD'S SYNDICATE CVS 1919,

                    Defendants.

No. 2:18-cv-00585 *and Order*

STIPULATION TO EXTEND TIME
FOR DEFENDANT ALLIANZ
UNDERWRITIERS INSURANCE
COMPANY TO ANSWER
COMPLAINT

Plaintiff, Weyerhaeuser Company, and Defendant, Allianz Underwriters Insurance Company, by and through their undersigned counsel of record, hereby stipulate as follows:

1.     The Complaint for Declaratory Judgment was served by Plaintiff, on or about April 25, 2018, on Defendant Allianz Underwriters Insurance Company ("Allianz") by serving the Office of the Insurance Commissioner for the State of Washington.

STIPULATION TO EXTEND TIME TO ANSWER
COMPLAINT (No. 2:18-cv-00585JLR) – Page 1

2.      Counsel for Plaintiff and Defendant Allianz have conferred and agreed to extend the deadline for Defendant Allianz to answer the Complaint to June 27, 2018.

IT IS SO STIPULATED.

DATED this 10th day of May, 2018.

McNAUL EBEL NAWROT & HELGREN PLLC

By:   s/Curtis C. Isacke
        Robert M. Sulkin, WSBA No. 15425
        Malaika M. Eaton, WSBA No. 32537
        Curtis C. Isacke, WSBA No. 49303

600 University Street, Suite 2700
Seattle, Washington  98101-3143
Telephone (206) 467-1816
rsulkin@mcnaul.com
meaton@mcnaul.com
cisacke@mcnaul.com

Attorneys for Defendant Allianz Underwriters
Insurance Company

DATED this 10th day of May, 2018.

GORDON TILDEN THOMAS & CORDELL LLP

By:   s/Franklin D. Cordell per authorization
        Franklin D. Cordell, WSBA No. 26392
        Michael P. Brown, WSBA No. 45618
        Greg D. Pendleton, WSBA No. 38361
        Brendan Winslow-Nason, WSBA No. 39328

1001 Fourth Avenue, Suite 4000
Seattle, Washington  98154-1007
Telephone (206) 467-6477
fcordell@gordontilden.com
mbrown@gordontilden.com
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com

Attorneys for Plaintiff

ORDER
It is so ordered.
Dated this 11th day of May, 2018.

JAMES L. ROBART
United States District Judge

STIPULATION TO EXTEND TIME TO ANSWER
COMPLAINT (No. 2:18-cv-00585JLR) – Page 2

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED: May 10, 2018.

By:  s/Curtis C. Isacke
Curtis C. Isacke, WSBA No. 49303

STIPULATION TO EXTEND TIME TO ANSWER
COMPLAINT (No. 2:18-cv-00585JLR) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

mme8-mew hd30540369.002 2018-05-10