# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NOVAE SYNDICATE 2007, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C18-0585JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On May 7, 2018, the court ordered parties to fully brief Plaintiff Weyerhaeuser Company's ("Weyerhaeuser") motion for a preliminary injunction. (Order (Dkt. # 7).) Defendants Novae Syndicate 2007; Apollo Liability Consortium 9984; ANV Casualty Consortium 9148; Scor UK Company Ltd.; Starstone Syndicate 1301; Hiscox Syndicate 33; Star Underwriting Agents Ltd.; and Lloyd's Syndicate CVS 1919 (collectively, "TRO Defendants") were to file a response no later than Friday, May 18, 2018. (*Id.* at 6.)

However, TRO Defendants have not filed a response or appeared through counsel. (*See* Dkt.) The court orders Weyerhaeuser to address in its reply what impact, if any, TRO Defendants' failure to respond or appear has on the court's preliminary injunction analysis. As previously stated in the court's order, Weyerhaeuser's reply is due no later than Wednesday, May 23, 2018. (Order at 6.)

Filed and entered this 21st day of May, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk