THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>      Plaintiff,<br>  v.<br><br>NOVAE SYNDICATE 2007; APOLLO LIABILITY CONSORTIUM 9984; ANV CASUALTY CONSORTIUM 9148; SCOR UK COMPANY LTD; STARSTONE SYNDICATE 1301; XL CATLIN SYNDICATE 2003; ALLIANZ UNDERWRITERS INSURANCE COMPANY; HISCOX SYNDICATE 33; STAR UNDERWRITING AGENTS LTD.; LLOYD'S SYNDICATE CVS 1919,<br><br>      Defendants. | Case No.: 2:18-cv-00585-JLR<br><br>STIPULATED MOTION TO STAY PROCEEDINGS AS TO DEFENDANT XL CATLIN SYNDICATE 2003<br><br>NOTE ON MOTION CALENDAR:<br>May 21, 2018 |

Pursuant to Local Rule 7(d)(1), Plaintiff Weyerhaeuser Company ("Weyerhaeuser") and Defendant XL Catlin Syndicate 2003 ("Syndicate 2003") jointly request that the Court stay this action as to defendant XL Catlin Syndicate 2003 until at least August 3, 2018, as set forth below.

On April 30, 2018, Syndicate 2003 applied to the High Court of Justice of England and Wales for an injunction prohibiting Weyerhaeuser from suing Syndicate 2003 due to an arbitration clause that Syndicate 2003 asserts is part of the policy it issued to Weyerhaeuser.

STIPULATED MOTION TO STAY - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\36318799\1

On May 3, 2018, the High Court granted the application and issued an Interim Order enjoining Weyerhaeuser from further prosecution of this or any other lawsuit against Syndicate 2003 under the policy. The Interim Order remains in effect until the return date, at which time the High Court will conduct the final hearing to determine whether to convert the Interim Order into a permanent anti-suit injunction. On May 17, 2018, Weyerhaeuser and Syndicate 2003 signed a Consent Order in the UK proceeding, setting a return date for the final hearing on July 27, 2018. In the Consent Order, Weyerhaeuser and Syndicate 2003 further stipulated that the Interim Order will remain in effect until that date.

Syndicate 2003 was served by mail in this action on April 25, 2018. Accordingly, the current deadline for Syndicate 2003 to respond to the Complaint in this action is May 21, 2018.

Weyerhaeuser and Syndicate 2003 request a stay of these proceedings as to Syndicate 2003 until at least August 3, 2018. On that date, the parties will provide a report to the Court regarding the outcome or status of the UK proceedings and the parties' positions regarding a further stay or dismissal of the action.

Weyerhaeuser and Syndicate 2003 further agree that the deadline for Syndicate 2003 to answer or otherwise respond to the Complaint in this action is extended until 28 days following termination of the stay.

DATED this 21st day of May, 2018.

GORDON TILDEN THOMAS &
CORDELL, LLP

 /s/ Franklin D. Cordell (With Permission) 
Franklin D. Cordell, WSBA No. 26392
Michael P. Brown, WSBA No. 45618
Greg D. Pendleton, WSBA No. 38361
Brendan Winslow-Nason, WSBA No. 39328
Attorneys for Plaintiff Weyerhaeuser

DATED this 21st day of May, 2018.

COZEN O'CONNOR

Jodi A. McDougall, WSBA No. 22060
Jonathan Toren, WSBA No. 46896
Attorneys for Defendant XL Catlin Syndicate 2003

STIPULATED MOTION TO STAY - 2

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\36318799\1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

DATED this 21st day of May, 2018.

                    COZEN O'CONNOR

By:   */s/ Bonnie L. Buckner*
       Bonnie L. Buckner, Legal Secretary

**ORDER**

It is so ordered.

Dated this 21st day of May, 2018.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO STAY - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\36318799\1