The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOVAE SYNDICATE 2007; APOLLO LIABILITY CONSORTIUM 9984; ANV CASUALTY CONSORTIUM 9148; SCOR UK COMPANY LTD; STARSTONE SYNDICATE 1301; XL CATLIN SYNDICATE 2003; ALLIANZ UNDERWRITERS INSURANCE COMPANY; HISCOX SYNDICATE 33; STARR UNDERWRITING AGENTS LTD.; LLOYD'S SYNDICATE CVS 1919,<br><br>Defendants. | NO. 2:18-cv-00585-JLR<br><br>STIPULATION AND [PROPOSED] ORDER |

## I. STIPULATION

This Stipulation and Proposed Order is entered into by and among plaintiff Weyerhaeuser Company and defendants Novae Syndicate 2007, Apollo Liability Consortium 9984, ANV Casualty Consortium 9184, SCOR UK Company Ltd., Starstone Syndicate 1301, Hiscox

STIPULATION AND [PROPOSED] ORDER - 1
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

Syndicate 33, Star Underwriting Agents Ltd., and Lloyd's Syndicate CVS 1919 (collectively "TRO Defendants").

Weyerhaeuser and the TRO Defendants hereby stipulate to the immediate entry of the Proposed Order set forth below. Accordingly, Weyerhaeuser and the TRO Defendants further agree that the briefing and hearing dates established in the TRO may be vacated.

DATED this 21st day of May, 2018.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   s/ *Franklin D. Cordell*
      Franklin D. Cordell, WSBA #26392
      Michael P. Brown, WSBA #45618
      Greg Pendleton, WSBA #38361
      Brendan Winslow-Nason, WSBA #39328
      1001 Fourth Avenue, Suite 4000
      Seattle, Washington 98154-1007
      206.467.6477
      fcordell@gordontilden.com
      mbrown@gordontilden.com
      gpendleton@gordontilden.com
      bwinslow-nason@gordontilden.com

STIPULATION AND ~~PROPOSED~~ ORDER - 2
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

DATED this 21st day of May, 2018.

**NICOLL BLACK & FEIG PLLC**
Attorneys for Defendants Novae Syndicate 2007, Apollo Liability Consortium 9984, ANV Casualty Consortium 9184, SCOR UK Company Ltd., Starstone Syndicate 1301

By   s/ *Chris Nicoll*
   Chris Nicoll, WSBA #20771
   1325 4th Avenue, Suite 1650
   Seattle, Washington 98101
   206.838.7546
   cnicoll@nicollblack.com

DATED this 21st day of May, 2018.

**SCHEER LAW GROUP LLP**
Attorneys for Defendants Star Underwriting Agents Ltd., Hiscox Syndicate 33, and Lloyd's Syndicate CVS 1919

By   s/ *Mark P. Scheer*
   Mark P. Scheer, WSBA # 16651

   *s/Jennifer Crow*
   Jennifer Crow, WSBA # 43746

   701 Pike Street, Suite 2200
   Seattle, WA 98101
   206-262-1200
   mscheer@scheerlaw.com
   jcrow@scheerlaw.com

No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

## II. ~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that the TRO Defendants are enjoined from instituting or joining in any action, in any other forum, aimed at securing a determination on the issue whether Weyerhaeuser is required, under the policies issued by TRO Defendants, to arbitrate disputes regarding coverage under those policies.  This injunction does not prevent TRO Defendants from:  (1) making any arguments to this Court that disputes regarding coverage under the policies issued by the TRO Defendants are subject to valid and enforceable agreements to arbitrate; or (2) in the event the London High Court makes its injunction against Weyerhaeuser and in favor of defendant XL Catlin Syndicate 2003 permanent, seeking an order from this Court re-opening and challenging the permanent injunction issued pursuant to this stipulation.

This Order is without prejudice to all parties' rights, claims, defenses, and arguments concerning whether:  (1) the subject policies are subject to valid and enforceable agreements to arbitrate; and (2) whether a ruling in favor of XL Catlin Syndicate 2003 in the London High Court action, should the same occur, has any bearing on whether the instant Order should be vacated, should the TRO Defendants move to challenge it..

All briefing and hearing dates related to the matter of Weyerhaeuser's motion for preliminary injunction are vacated. (See Order (Dkt. #7); MPI (Dkt. #4); Min. Order (Dkt. #13).)

DATED this __21st__ day of __May__, 2018.

_____
Honorable James L. Robart
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 21st day of May, 2018, at Seattle, Washington.

        *s/ Franklin D. Cordell*
        Franklin D. Cordell, WSBA #26392

STIPULATION AND ~~PROPOSED~~ ORDER - 5
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477