Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NOVAE SYNDICATE 2007; APOLLO LIABILITY CONSORTIUM 9984; ANV CASUALTY CONSORTIUM 9148; SCOR UK COMPANY LTD; STARSTONE SYNDICATE 1301; XL CATLIN SYNDICATE 2003; ALLIANZ UNDERWRITERS INSURANCE COMPANY; HISCOX SYNDICATE 33; STAR UNDERWRITING AGENTS LTD.; LLOYD'S SYNDICATE CVS 1919,<br><br>　　　　　　　　Defendants. | No. 2:18-cv-00585JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS DEFENDANT ALLIANZ UNDERWRITERS INSURANCE COMPANY WITHOUT PREJUDICE<br><br>**CLERK'S ACTION REQUIRED** |

## STIPULATION

Plaintiff Weyerhaeuser Company ("Weyerhaeuser") and Defendant Allianz Underwriters Insurance Company ("Allianz"), by and through their respective undersigned attorneys of record, hereby stipulate that Allianz be dismissed from this matter without prejudice, with each party bearing its own costs. Weyerhaeuser and Allianz hereby stipulate that any future action between them relating to Weyerhaeuser's claim for insurance coverage with regard to the Flak Jacket claim at issue in this case will

STIPULATION AND ORDER TO DISMISS DEF. ALLIANZ WITHOUT PREJUDICE (Case No. 2:18-cv-00585) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

be filed and litigated solely in the United States District Court for the Western District of Washington, and will not be subject to mandatory arbitration.

IT IS SO STIPULATED.

DATED this 26th day of June, 2018.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
Robert M. Sulkin, WSBA No. 15425
Malaika M. Eaton, WSBA No. 32537
Curtis C. Isacke, WSBA No. 49303

600 University Street, Suite 2700
Seattle, Washington 98101-3143
Telephone (206) 467-1816
rsulkin@mcnaul.com
meaton@mcnaul.com
cisacke@mcnaul.com

Attorneys for Defendant Allianz Underwriters Insurance Company

DATED this 26th day of June, 2018.

GORDON TILDEN THOMAS & CORDELL LLP

By: s/Franklin D. Cordell
Franklin D. Cordell, WSBA No. 26392
Michael P. Brown, WSBA No. 45618
Greg D. Pendleton, WSBA No. 38361
Brendan Winslow-Nason, WSBA No. 39328

1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154-1007
Telephone (206) 467-6477
fcordell@gordontilden.com
mbrown@gordontilden.com
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com

Attorneys for Plaintiff

STIPULATION AND ORDER TO DISMISS DEF. ALLIANZ WITHOUT PREJUDICE (Case No. 2:18-cv-00585) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of June, 2018.

```
HONORABLE JAMES L. ROBART
United States District Court Judge
```

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
  Robert M. Sulkin, WSBA No. 15425
  Malaika M. Eaton, WSBA No. 32537
  Curtis C. Isacke, WSBA No. 49303

Attorneys for Defendant Allianz Underwriters Insurance Company

GORDON TILDEN THOMAS & CORDELL LLP

By: s/Franklin D. Cordell
  Franklin D. Cordell, WSBA No. 26392
  Michael P. Brown, WSBA No. 45618
  Greg D. Pendleton, WSBA No. 38361
  Brendan Winslow-Nason, WSBA No. 39328

Attorneys for Plaintiff

STIPULATION AND ORDER TO DISMISS DEF. ALLIANZ WITHOUT PREJUDICE (Case No. 2:18-cv-00585) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED: June 26, 2018.

By:   s/Malaika M. Eaton
       Malaika M. Eaton, WSBA No. 32837

STIPULATION AND ORDER TO DISMISS DEF. ALLIANZ WITHOUT PREJUDICE (Case No. 2:18-cv-00585) – Page 4

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

3966-001 hf264q03yj 2018-06-26