The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOVAE SYNDICATE 2007; APOLLO LIABILITY CONSORTIUM 9984; ANV CASUALTY CONSORTIUM 9148; SCOR UK COMPANY LTD; STARSTONE SYNDICATE 1301; XL CATLIN SYNDICATE 2003; ALLIANZ UNDERWRITERS INSURANCE COMPANY; HISCOX SYNDICATE 33; STARR UNDERWRITING AGENTS LTD.; LLOYD'S SYNDICATE CVS 1919,<br><br>Defendants. | NO. 2:18-cv-00585-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND CAPTION |



## STIPULATION

WHEREAS, in its April 20, 2018 Complaint, Weyerhaeuser Company (Weyerhaeuser") named "Hiscox Syndicate 33" as one of several defendants, based on the information reasonably available to it at the time.

STIPULATION AND [PROPOSED] ORDER TO AMEND
CAPTION - 1
No. 2:18-cv-00585-JLR

GORDON
TILDEN
THOMAS
CORDELL

1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

WHEREAS, Weyerhaeuser has since been informed by said defendant that its proper name is "Hiscox Dedicated Corporate Member Limited as representative member of Syndicate 33 at Lloyd's."

WHEREAS, Weyerhaeuser and Hiscox Dedicated Corporate Member Limited as representative member of Syndicate 33 at Lloyd's wish to stipulate to the entry of the below proposed order: (1) substituting "Hiscox Dedicated Corporate Member Limited as representative member of Syndicate 33 at Lloyd's" for "Hiscox Syndicate 33" in the caption of the Complaint; and (2) confirming that the former is a party to the Stipulation filed on May 21, 2018 (Dkt. 15) and as such is bound by the Order of this Court filed on May 21, 2018 (Dkt. 17).

The parties hereto respectfully request that the Court enter the below Proposed Order.

DATED this 27th day of June, 2018.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By  s/ *Franklin D. Cordell*
   Franklin D. Cordell, WSBA #26392
   Michael P. Brown, WSBA #45618
   Greg Pendleton, WSBA #38361
   Brendan Winslow-Nason, WSBA #39328
   1001 Fourth Avenue, Suite 4000
   Seattle, Washington 98154-1007
   206.467.6477
   fcordell@gordontilden.com
   mbrown@gordontilden.com
   gpendleton@gordontilden.com
   bwinslow-nason@gordontilden.com

STIPULATION AND [PROPOSED] ORDER TO AMEND CAPTION - 2
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

DATED this 27th day of June, 2018.

**SCHEER LAW GROUP LLP**
Attorneys for Defendant Hiscox Dedicated Corporate Member Limited as representative member of Syndicate 33 at Lloyd's


By   s/ *Jennifer Crow*
    Mark P. Scheer, WSBA # 16651
    Jennifer Crow, WSBA # 43746
    701 Pike Street, Suite 2200
    Seattle, WA 98101
    206-262-1200
    mscheer@scheerlaw.com
    jcrow@scheerlaw.com

STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND CAPTION - 3
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

# [PROPOSED] ORDER

For good cause shown and based on the above Stipulation of the parties hereto, the Court orders as follows:

1. In the caption of the Complaint, "Hiscox Syndicate 33" shall be replaced by "Hiscox Dedicated Corporate Member Limited as representative member of Syndicate 33 at Lloyd's";

2. Hiscox Dedicated Corporate Member Limited as representative member of Syndicate 33 at Lloyd's is a party to the Stipulation filed on May 21, 2018 (Dkt. 15) and is therefore bound by the Order of this Court filed on May 21, 2018 (Dkt. 17).

DATED: 27 June 2018

_____
Honorable James L. Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO AMEND CAPTION - 4
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 27th day of June, 2018, at Seattle, Washington.

s/ *Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392

STIPULATION AND [PROPOSED] ORDER TO AMEND CAPTION - 5
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477