1
2
3
4
5
6
7
8
9
10
11

The Honorable James L. Robart

12                  UNITED STATES DISTRICT COURT
13          WESTERN DISTRICT OF WASHINGTON AT SEATTLE
14
15
16
17   WEYERHAEUSER COMPANY, a          NO.  2:18-cv-00585-JLR
18   Washington corporation,
19                                     STIPULATION AND [PROPOSED]
20                 Plaintiff,          ORDER REGARDING BRIEFING
21                                     SCHEDULE ON PLAINTIFF'S MOTION
22          v.                         FOR SUMMARY JUDGMENT AGAINST
23                                     ALL REMAINING DEFENDANTS
24   NOVAE SYNDICATE 2007; APOLLO      EXCEPT XL CATLIN SYNDICATE 2003
25   LIABILITY CONSORTIUM 9984; ANV
26   CASUALTY CONSORTIUM 9148; SCOR
27   UK COMPANY LTD; STARSTONE
28   SYNDICATE 1301; XL CATLIN
29   SYNDICATE 2003; ALLIANZ
30   UNDERWRITERS INSURANCE
31   COMPANY; HISCOX SYNDICATE 33;
32   STARR UNDERWRITING AGENTS LTD.;
33   LLOYD'S SYNDICATE CVS 1919,
34
35                 Defendants.
36
37
38
39                            **STIPULATION**
40
41      Plaintiff and Defendants Novae Syndicate 2007, Apollo Liability Consortium 9984, ANV
42
43   Casualty Consortium 9148, SCOR UK Company, Ltd. and Starstone Syndicate 1301submit this
44
45   Stipulation and Proposed Order to set a briefing schedule for their respective response and reply

STIPULATION AND [PROPOSED] ORDER REGARDING          GORDON    600 University Street
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR         TILDEN    Suite 2915
SUMMARY JUDGMENT AGAINST ALL REMAINING             THOMAS    Seattle, WA  98101
DEFENDANTS EXCEPT XL CATLIN SYNDICATE 2003 - 1     CORDELL   206.467.6477
No. 2:18-cv-00585-JLR

briefs on Plaintiff's Motion for Summary Judgment Against All Remaining Defendants Except

Xl Catlin Syndicate 2003.  Said motion is currently noted for November 9, 2018.  The effect of

the stipulation is the same as re-noting the motion for an additional two weeks, while providing a

short extension on the deadline for filing the reply brief to account for the Thanksgiving holiday.

| Event | Date |
|-------|------|
| Defendant's Response Brief | November 19, 2018 |
| Plaintiff's Reply Brief | November 30, 2019 |
| Noting Date for Plaintiff's Motion | November 30, 2019 |

The parties hereto respectfully request that the Court enter the below Proposed Order.

DATED this 1st day of November, 2018.

**GORDON TILDEN THOMAS & CORDELL** LLP
Attorneys for Plaintiff

By    s/Franklin D. Cordell
　　　Franklin D. Cordell, WSBA #26392
　　　Michael P. Brown, WSBA #45618
　　　Greg Pendleton, WSBA #38361
　　　Brendan Winslow-Nason, WSBA #39328
　　　600 University Street, Suite 2915
　　　Seattle, Washington 98101
　　　206.467.6477
　　　fcordell@gordontilden.com
　　　mbrown@gordontilden.com
　　　gpendleton@gordontilden.com
　　　bwinslow-nason@gordontilden.com

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AGAINST ALL REMAINING
DEFENDANTS EXCEPT XL CATLIN SYNDICATE 2003 - 2
No. 2:18-cv-00585-JLR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 1st day of November, 2018.

**NICOLL BLACK & FEIG PLLC**
Attorneys For Defendant Novae Syndicate 2007,
Apollo Liability Consortium 9984, ANV Casualty
Consortium 9148, SCOR UK Company, Ltd. And
Starstone Syndicate 1301


By    *s/Curt H. Feig*
    Curt H. Feig, WSBA #19890
    Christopher W. Nicoll, WSBA #20771
    1325 Fourth Avenue, Suite 1650
    Seattle, WA 98101
    206.838.7555
    cfeig@nicollblack.com
    cnicoll@nicollblack.com


DATED this 1st day of November, 2018.


**SCHEER LAW GROUP LLP**
Attorneys for Defendants Hiscox and Starr


By    *s/Jennifer Crow*
    Mark Scheer, WSBA #16651
    Jennifer Crow, WSBA #43746
    701 Pike Street, #2200
    Seattle, WA 98101
    206.262.1200
    mscheer@scheerlaw.com
    jcrow@scheerlaw.com

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AGAINST ALL REMAINING
DEFENDANTS EXCEPT XL CATLIN SYNDICATE 2003 - 3
No. 2:18-cv-00585-JLR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**[PROPOSED]** **ORDER**

IT IS HEREBY ORDERED that this Stipulation and [Proposed] Order Regarding

Plaintiff's Motion for Summary Judgment Against All Remaining Defendants Except Xl Catlin

Syndicate 2003 is GRANTED.  The briefing schedule is as follows:

1.    The motion will be noted for November 30, 2018.

2.    Response briefs will be due on November 19, 2018; and

4.    Any brief in reply will be due on November 30, 2018.

DATED: __2 November 2018__

Honorable James L. Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AGAINST ALL REMAINING
DEFENDANTS EXCEPT XL CATLIN SYNDICATE 2003 - 4
No. 2:18-cv-00585-JLR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477