The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NOVAE SYNDICATE 2007; APOLLO LIABILITY CONSORTIUM 9984; ANV CASUALTY CONSORTIUM 9148; SCOR UK COMPANY LTD; STARSTONE SYNDICATE 1301; XL CATLIN SYNDICATE 2003; ALLIANZ UNDERWRITERS INSURANCE COMPANY; HISCOX SYNDICATE 33; STAR UNDERWRITING AGENTS LTD.; LLOYD'S SYNDICATE CVS 1919,<br><br>        Defendants. | NO.  2:18-cv-00585-JLR<br><br>[PROPOSED] ORDER DENYING XL CATLIN SYNDICATE 2003'S MOTION TO RE-NOTE MOTION FOR SUMMARY JUDGMENT |

THIS MATTER came before the Court on Defendant XL Catlin Syndicate 2003's

Motion to Re-Note Motion for Summary Judgment.  The Court, being familiar with the records

and files herein, having considered plaintiff's motion, and being otherwise fully advised.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

ORDER DENYING XL CATLIN SYNDICATE 2003'S
MOTION TO RE-NOTE MOTION FOR SUMMARY
JUDGMENT - 1
No. 2:18-cv-00585-JLR

GORDON
TILDEN
THOMAS
CORDELL

1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007
206.467.6477

1

Defendant XL Catlin Syndicate 2003's Motion to Re-Note Motion for Summary

2

3

Judgment is DENIED, as moot. The parties shall jointly file a status report

4

regarding the English High Court action within 10 days of a decision.

5

DATED this __3rd__ day of ____December____, 2018.

6

7

8

9

The Honorable James L. Robart

10

U.S. District Court Judge

11

12

Presented by:

13

14

**GORDON TILDEN THOMAS & CORDELL LLP**

15

Attorneys for Defendant

16

17

By: _s/Franklin D. Cordell_____

18

Franklin D. Cordell, WSBA #26392

19

Michael P. Brown, WSBA #45618

20

Greg Pendleton, WSBA #38361

21

Brendan Winslow-Nason, WSBA #39328

22

600 University Street, Suite 2915

23

Seattle, WA  98101

24

(206) 467-6477

25

fcordell@gordontilden.com

26

mbrown@gordontilden.com

27

gpendelton@gordontilden.com

28

bwinslow-nason@gordontilden.com

29

30

31

32

33

34

35

36

37

38

39

40

41

42

43

44

45

ORDER DENYING XL CATLIN SYNDICATE 2003'S
MOTION TO RE-NOTE MOTION FOR SUMMARY
JUDGMENT - 2
No. 2:18-cv-00585-JLR

GORDON
TILDEN
THOMAS
CORDELL

1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007
206.467.6477