The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

WEYERHAEUSER COMPANY, a Washington corporation,

Plaintiff,

v.

NOVAE SYNDICATE 2007; APOLLO LIABILITY CONSORTIUM 9984; ANV CASUALTY CONSORTIUM 9148; SCOR UK COMPANY LTD; STARSTONE SYNDICATE 1301; XL CATLIN SYNDICATE 2003; ALLIANZ UNDERWRITERS INSURANCE COMPANY; HISCOX DEDICATED CORPORATE MEMBER LIMITED as representative member of Syndicate 33 at Lloyd's; STARR UNDERWRITING AGENTS LTD.; LLOYD'S SYNDICATE CVS 1919,

Defendants.

NO. 2:18-cv-00585-JLR

STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL AS TO XL CATLIN SYNDICATE 2003

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO XL CATLIN SYNDICATE 2003 - 1
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

**STIPULATION**

The undersigned parties stipulate and agree that all claims asserted against XL Catlin Syndicate 2003 ("XL Catlin") in this matter may be dismissed with prejudice and without an award of costs or fees to any party for costs or fees incurred in this lawsuit. This stipulation and dismissal pertain only to the arbitrability of coverage disputes under the subject XL Catlin policy, and is without prejudice to Weyerhaeuser's and XL Catlin's respective claims, rights, and positions with respect to whether or to what extent the subject policy covers the relevant underlying costs and liabilities.

DATED this 2nd day of January, 2019.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By *s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Michael P. Brown, WSBA #45618
Greg Pendleton, WSBA #38361
Brendan Winslow-Nason, WSBA #39328
600 University Street, Suite 2915
Seattle, Washington 98101-4172
206.467.6477
fcordell@gordontilden.com
mbrown@gordontilden.com
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO XL CATLIN SYNDICATE 2003 - 2
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

DATED this 2nd day of January, 2019.

**COZEN O'CONNOR**
Attorneys for Defendant XL Catlin Syndicate 2003

By *s/Jodi A. McDougall*

Jodi A. McDougall, WSBA 22060
Jonathan Toren, WSBA #46896
999 Third Avenue, Suite 1900
Seattle, WA 98104
206.340.1000
jmcdougall@cozen.com
jtoren@cozen.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO XL CATLIN SYNDICATE 2003 - 3
No. 2:18-cv-00585-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

**ORDER**

Pursuant to the above stipulation, IT IS HEREBY ORDERED that: (1) all claims asserted against XL Catlin Syndicate 2003 are DISMISSED WITH PREJUDICE and each party shall bear its own costs and fees incurred in this lawsuit; and (2) this Order pertains only to the arbitrability of coverage disputes under the subject XL Catlin policy, and is without prejudice to Weyerhaeuser's and XL Catlin's respective claims, rights, and positions with respect to whether or to what extent the subject policy covers the relevant underlying costs and liabilities.

DATED this 2nd day of January, 2019.

The Honorable James L. Robart
District Court Judge

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Counsel for Defendants Novae Syndicate 2007, Apollo Liability Consortium 9984, Scor UK Company, Ltd. and Starstone Syndicate 1301**:

Curt H. Feig
Christopher W. Nicoll
Nicoll Black & Feig PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101

**Counsel for Defendants Hiscox and Starr**

Mark P. Scheer
Jennifer Crow
Scheer Law Group LLP
701 Pike Street, Suite 2200
Seattle, WA 98101

**Counsel for Defendant ANV Casualty Consortium 9148:**

Stephania Denton
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111

**Counsel for XL Catlin Syndicate 2003**

Jodi A. McDougall, WSBA 22060
Jonathan Toren, WSBA #46896
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104

DATED this 2nd day of January, 2019, at Seattle, Washington.

*s/ Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477