HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation<br><br>Plaintiff,<br>vs.<br><br>NOVAE SYNDICATE 2007; APOLLO LIABILITY CONSORTIUM 9984; ANV CASUALTY CONSORTIUM 9148; SCOR UK COMPANY LTD; STARSTONE SYNDICATE 1301; XL CATLIN SYNDICATE 2003; ALLIANZ UNDERWRITERS INSURANCE COMPANY; HISCOX SYNDICATE 33; STAR UNDERWRITING AGENTS LTD.; LLOYD'S SYNDICATE CVS 1919,.<br><br>Defendants. | CASE NO. 2:18-cv-00585-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING NOVAE SYNDICATE 2007, APOLLO LIABILITY CONSORTIUM 9984, SCOR UK COMPANY LTD, AND STARSTONE SYNDICATE 1301'S MOTION FOR LEAVE TO FILE ADDITIONAL BRIEFING ON MOTION FOR SUMMARY JUDGMENT AND DEFENDANT HISCOX'S MOTION TO JOIN (DKT # 63) |

*[handwritten initials: JLR]*

**THIS MATTER** having come on regularly before the undersigned Judge of the above-entitled Court on Novae Syndicate 2007, Apollo Liability Consortium 9984, Scor Uk Company Ltd, and Starstone Syndicate 1301's Motion For Leave To File Additional Briefing On Motion For Summary Judgment; and the Court having considered:

1. Novae Syndicate 2007, Apollo Liability Consortium 9984, Scor Uk Company Ltd, And Starstone Syndicate 1301's Motion For Leave To File Additional Briefing On Motion For Summary Judgment;

[PROPOSED] ORDER GRANTING UNDERWRITERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON MOTION FOR SUMMARY JUDGMENT - 1
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

2. _Defendant Hiscox's Motion For Joinder (DKT #63)_____ ;

and

3. _____

_____.

and all exhibits and attachments thereto; and the Court having reviewed the records and files herein, and being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that Novae Syndicate 2007, Apollo Liability Consortium 9984, Scor Uk Company Ltd, and Starstone Syndicate 1301's Motion For Leave To File Additional Briefing On Motion For Summary Judgment [_and Defendant's Joinder (DKT #63)_] are GRANTED.

IT IS FURTHER ORDERED that the parties shall, on or before _Jan. 30, 2019_, submit an agreed briefing schedule for the Court's approval.

DATED this _25th_ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
UNDERWRITERS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL BRIEFING ON MOTION FOR
SUMMARY JUDGMENT - 2
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

Franklin D. Cordell
Michael P. Brown
Greg D. Pendleton
Brendan Winslow-Nason
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
206.467.6477
fcordell@gordontilden.com
mbrown@gordontilden.com
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com
*Attorneys for Plaintiff Weyerhaeuser Company*

Mark P. Scheer
Jennifer Crow
Scheer Law Group LLP
701 Pike Street, Suite 2200
Seattle, WA 98101
P: (206) 262-1200 F: (206) 223-4065
jcrow@scheerlaw.com
mscheer@scheerlaw.com
*Attorneys for Defendants Hiscox and Starr*

Stephania Camp Denton
LANE POWELL PC
1420 FIFTH AVENUE
SUITE 4200
SEATTLE, WA 98111-9402
206-223-7000
206-223-7107 (fax)
dentons@lanepowell.com
*Attorneys for ANV Casualty Consortium 9148*

DATED this 16th day of January, 2019.

/s/ Christopher W. Nicoll
Christopher W. Nicoll, WSBA No. 20771

[PROPOSED] ORDER GRANTING UNDERWRITERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON MOTION FOR SUMMARY JUDGMENT - 3
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555