THE HONORABLE JAMES L. ROBART

1.
2.
3.
4.
5.
6.
7.  UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
8.  AT SEATTLE

9.
10. WEYERHAEUSER COMPANY, a
    Washington corporation

    **CASE NO. 2:18-cv-00585-JLR**

11.             Plaintiff,
        vs.

    **JOINT PROPOSED SCHEDULE FOR**
12.                                          **ADDITIONAL BRIEFING ON**
                                             **COLLATERAL ESTOPPEL AND**
13. NOVAE SYNDICATE 2007; APOLLO            ~~PROPOSED~~ **ORDER**
    LIABILITY CONSORTIUM 9984; ANV
14. CASUALTY CONSORTIUM 9148; SCOR
    UK COMPANY LTD; STARSTONE           **NOTE ON MOTION CALENDAR:**
15. SYNDICATE 1301; XL CATLIN
    SYNDICATE 2003; ALLIANZ            **JANUARY 30, 2019**
16. UNDERWRITERS INSURANCE
    COMPANY; HISCOX SYNDICATE 33;
17. STAR UNDERWRITING AGENTS LTD.;
    LLOYD'S SYNDICATE CVS 1919,.
18.
19.             Defendants.
20.
21.     COME NOW Plaintiff, Weyerhaeuser Company, and Defendants, Novae Syndicate

22. 2007, Apollo Liability Consortium 9984, SCOR UK Company Ltd, Starstone Syndicate 1301,

23. Hiscox Syndicate 33, Star Underwriting Agents Ltd. and Lloyd's Syndicate CVS 1919, and,

24. pursuant to this Court's Order Granting Leave for Additional Briefing (Dkt #64), jointly

25. propose the following briefing schedule for the Court's review and approval:

26.

JOINT PROPOSED SCHEDULE FOR ADDITIONAL
BRIEFING ON COLLATERAL ESTOPPEL - 1
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

| DATE | BRIEF | PAGE LIMIT |
|------|-------|------------|
| February 8, 2019 | Opening Brief on Collateral Estoppel | 12 for Plaintiff and 12 for Defendants collectively |
| February 15, 2019 | Response Brief, if any | 6 for Plaintiff and 6 for Defendants collectively |

DATED this 30th day of January, 2019.

GORDON TILDEN THOMAS & CORDELL LLP

*Via email authorization 1.30.2019*

/s/ Franklin D. Cordell
Franklin D. Cordell, WSBA No. 26392
Attorneys for Plaintiff


SCHEER, HOLT, WOODS & SCISCIANI LLP

*Via email authorization 1.30.2019*

/s/ Jennifer Crow,
Mark P. Scheer, WSBA No. 16651
Jennifer Crow, WSBA No. 43746
*Attorneys for Defendants Hiscox, Starr and CVS 1919*


NICOLL BLACK & FEIG PLLC

/s/ Curt H. Feig
/s/ Christopher W. Nicoll
Curt H. Feig, WSBA No. 19890
Christopher W. Nicoll, WSBA No. 20771
*Attorneys for Novae Syndicate 2007, Apollo Liability Consortium 9984, SCOR UK Company LTD, and Starstone Syndicate 1301*


LANE POWELL PC

*Via telephonic authorization 1.30.2019*

/s/ Stephania Denton
Stephania Denton, WSBA No. 21920
*Attorneys for Defendant ANV Casualty Consortium 9148*

\\

\\

\\

JOINT PROPOSED SCHEDULE FOR ADDITIONAL
BRIEFING ON COLLATERAL ESTOPPEL - 2
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

[~~PROPOSED~~] ORDER

For good cause shown, IT IS SO ORDERED.


DATED this __31ST__ day of __Jan.__, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

JOINT PROPOSED SCHEDULE FOR ADDITIONAL
BRIEFING ON COLLATERAL ESTOPPEL - 3
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system, which will send notification of such filing to the following:

Franklin D. Cordell
Michael P. Brown
Greg D. Pendleton
Brendan Winslow-Nason
GORDON TILDEN THOMAS
& CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
fcordell@gordontilden.com
mbrown@gordontilden.com
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com
*Attorneys for Plaintiff Weyerhaeuser Company*

Stephania Denton
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111
dentons@lanepowell.com
*Attorneys for Defendant ANV Casualty Consortium 9148*

Mark P. Scheer
Jennifer Crow
SCHEER LAW GROUP LLP
701 Pike Street, Suite 2200
Seattle, WA 98101
jcrow@scheerlaw.com
mscheer@scheerlaw.com
*Attorneys for Defendants Hiscox, Starr and CVS 1919*

DATED this 30th day of January, 2019.

/s/ Christopher W. Nicoll
Christopher W. Nicoll, WSBA No. 20771

JOINT PROPOSED SCHEDULE FOR ADDITIONAL
BRIEFING ON COLLATERAL ESTOPPEL - 4
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555