UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Weyerhaeuser Company,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Novae Syndicate 2007, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 18-0585JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 5, 2019, Plaintiff Weyerhaeuser Company ("Weyerhaeuser") filed three motions in limine, as required by the court's scheduling order. (MIL (Dkt. # 97); Sched. Order (Dkt. # 29).) In its filing, Weyerhaeuser "seeks guidance from the [c]ourt as to when it would like to consider these motions in limine." (MIL at 1 n.1.) Weyerhaeuser notes that, under Local Civil Rule 7(d)(4), motions in limine "shall be noted for consideration no earlier than the third Friday after filing and service of the

motion but no later than the Friday before any scheduled pretrial conference." Local Rules W.D. Wash. LCR 7(d)(4). Because the court has combined the pretrial conference with the August 13, 2019, hearing, Weyerhaeuser cannot comply with the requirement that its motions in limine be noted for consideration no later than the Friday before the pretrial conference. *See id.*; (8/2/19 Order (Dkt. # 96) at 1.)

The court notes Weyerhaeuser's motions in limine for consideration on Friday, August 23, 2019. Defendants shall file and serve any opposition papers no later than Monday, August 19, 2019. *See* Local Rules W.D. Wash. LCR 7(d)(4). Weyerhaeuser is not permitted a reply. *See id.* If necessary, the court will schedule a hearing to address the motions in limine on Monday, August 26, 2019, after receipt of Defendants' opposition, if any.

Filed and entered this 7th day of August, 2019.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk