**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>NOVAE SYNDICATE 2007; APOLLO LIABILITY CONSORTIUM 9984; ANV CASUALTY CONSORTIUM 9148; SCOR UK COMPANY LTD; STARSTONE SYNDICATE 1301; XL CATLIN SYNDICATE 2003; ALLIANZ UNDERWRITERS INSURANCE COMPANY; HISCOX SYNDICATE 33; STAR UNDERWRITING AGENTS LTD.; LLOYD'S SYNDICATE CVS 1919,.<br><br>　　　　　　Defendants. | **CASE NO. 2:18-cv-00585-JLR**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>CLERK'S ACTION REQUIRED |

　　Defendants Novae Syndicate 2007, Apollo Liability Consortium 9984, ANV Consortium 9148, SCOR UK Company LTD, and Starstone Syndicate 1301 (collectively "Underwriters"), and plaintiff, Weyerhaeuser Company, hereby give notice of settlement. In light of the settlement, Underwriters' presence at the scheduled August 13, 2019 hearing should not be warranted and Underwriters respectfully request to be relieved of the obligation to participate.[1]

---

[1] Underwriters' counsel may attend the hearing even if relieved of the obligation to do so.

JOINT NOTICE OF SETTLEMENT- 1
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

1. Underwriters and Weyerhaeuser will be filing a stipulation and order of dismissal with
2. prejudice when the settlement funds are paid.
3. Dated this 9th day of August, 2019.

| CORR CRONIN LLP | NICOLL BLACK & FEIG PLLC |
|---|---|
| VIA EMAIL AUTHORITY 8.9.19 | |
| /s/ Michael A Moore | /s/ Curt H. Feig |
| Michael A. Moore, WSBA No. 27047 | /s/ Christopher W. Nicoll |
| *Attorneys for Plaintiff Weyerhaeuser Company* | Curt H. Feig, WSBA No. 19890 |
| | Christopher W. Nicoll, WSBA No. 20771 |
| | *Attorneys for Novae Syndicate 2007, Apollo Liability Consortium 9984, ANV Consortium 9148, SCOR UK Company LTD, and Starstone Syndicate 1301* |

JOINT NOTICE OF SETTLEMENT- 2
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael Moore<br>Kelly Sheridan<br>Jocelyn J. Whiteley<br>Corr Cronin LLP<br>1001 4th Ave Ste 3900<br>Seattle, WA 98154-1051<br>United States<br>Phone:    (206) 625-8600<br>Fax:        (206) 625-0900<br>ksheridan@corrcronin.com<br>mmoore@corrcronin.com<br>*Attorneys for Plaintiff Weyerhaeuser Company* | Mark P. Scheer<br>Jennifer Crow<br>SCHEER, HOLT, WOODS & SCISCIANI LLP<br>701 Pike Street, Suite 2200<br>Seattle, WA 98101<br>P: (206) 262-1200 F: (206) 223-4065<br>jcrow@scheerlaw.com<br>mscheer@scheerlaw.com<br>*Attorneys for Defendants Hiscox and Starr* |

DATED this 9th day of August, 2019.

/s/ Christopher W. Nicoll
Christopher W. Nicoll, WSBA No. 20771

JOINT NOTICE OF SETTLEMENT- 3
CASE NO. 2:18-cv-00585-JLR

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555